FILED

10/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0402

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0402

_____

IN THE MATTER OF THE GUARDIANSHIP OF:

J.S.M.,

    A Minor Child:

DIANA R. MERIDETH and KENNETH M.
MERIDETH,

          Petitioners, Appellees and Cross
Appellants,

                          O R D E R
_____

IN THE MATTER OF THE GUARDIANSHIP OF:

J.S.M.,

    A Minor Child:

CAROL M. MERIDETH,

          Petitioner and Appellant.

_____

    Appellant Carol Merideth, by counsel, has filed a motion for a 58-day extension of time within which to file her opening brief.

    IT IS HEREBY ORDERED that motion is GRANTED. Appellant's opening brief shall be filed on or before December 18, 2020.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 7 2020